**Dismissed and Memorandum Opinion filed December 17, 2019.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-19-00610-CV

## IN THE MATTER OF THE MARRIAGE OF NANETTE YVETTE MARLON AND OLIVEIRA FLORINDA MARLON

**On Appeal from the County Court at Law
Waller County, Texas
Trial Court Cause No. 19-01-25338**

## MEMORANDUM  OPINION

This is an appeal from a judgment signed July 19, 2019. The notice of appeal was filed August 5, 2019. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207.

On  October 29, 2019, this court ordered appellant to pay the appellate filing fee on or before November 15, 2019, or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order.

Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.